UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN SHOVLIN,<br><br>    Plaintiff(s),<br><br>  v.<br><br>PAUL CARELESS,<br><br>    Defendant(s).<br>_____/ | Case No. 3:12-CV- 01120 JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER AND ORDER TO SHOW CAUSE** |

Following a case management conference held on **October 30, 2012,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff dismissed Defendant Money Web, Ltd.,at the case management conference.

2. Plaintiff shall have sixty (60) days to file the last proof of service, request entry of default, and move for default judgment against all defendants.

3. An updated case management conference statement shall be due by **January 11, 2013.**

4. An Order to Show Cause re: Dismissal, and a further case management conference is set for **January 18, 2013, at 1:30 p.m.**  On that date, if Plaintiff has not complied with paragraph 2 of this Order, he shall show cause why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: November 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge