UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN SHOVLIN,<br><br>        Plaintiff,<br><br>   v.<br><br>PAUL CARELESS, et al.,<br><br>        Defendants. | Case No.  12-cv-01120-JCS<br><br>**ORDER EXPUNGING ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No.: 36. |

On November 2, 2012, an Order to Show Cause was issued to Plaintiff to file proof of service, request entry of default, and move for default judgment against all Defendants.

IT IS HEREBY ORDERED that Plaintiff has complied with the Order to Show Cause and the Order to Show Cause is EXPUNGED.

IT IS HEREBY FURTHER ORDERED that the further case management conference, set for March 1, 2013, at 1:30 PM is vacated.

        IT IS SO ORDERED.

Dated:   February 25, 2013

                                                                  _____
                                                                  Joseph C. Spero
                                                                    United States Magistrate Judge

United States District Court
Northern District of California