UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAIN SHOVLIN,

    Plaintiff,

    v.

PAUL CARELESS, et al.,

    Defendants.

_____/

No. C 12-1120 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Spero's Report and Recommendation Re: Order to Show Cause. No objections were filed within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

Dated: June 26, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge