1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    IAIN SHOVLIN,

8              Plaintiff,                          No. C 12-1120 PJH

9         v.                                **ORDER ADOPTING**
                                            **MAGISTRATE JUDGE'S REPORT**
10   PAUL CARELESS, et al.,                 **AND RECOMMENDATION**

11

12             Defendants.
     _____/

13        The court has reviewed Magistrate Judge Spero's Report and Recommendation Re:

14   Order to Show Cause.  No objections were filed within the time allowed under 28 U.S.C.

15   § 636(b)(1).  The court finds the Report correct, well-reasoned and thorough, and adopts it in

16   every respect.  Accordingly, plaintiff's complaint is DISMISSED for lack of subject matter

17   jurisdiction.

18        **IT IS SO ORDERED**.

19   Dated:  June 26, 2013

20                                                      _____
21                                                      PHYLLIS J. HAMILTON
                                                        United States District Judge
22

23

24

25

26

27

28