UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAIN SHOVLIN,

    Plaintiff,                      No. C 12-1120 PJH

    v.                                 **JUDGMENT**

PAUL CARELESS, et al.,

    Defendants.
_____/

The court having dismissed this action for lack of subject matter jurisdiction, it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: June 26, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge