UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAIN SHOVLIN,

        Plaintiff,                        No. C 12-1120 PJH

    v.                                  **AMENDED JUDGMENT**

PAUL CARELESS, et al.,

        Defendants.

_____/

    The court having dismissed this action for lack of subject matter jurisdiction,

    it is Ordered and Adjudged

    that the complaint is dismissed without prejudice to bringing the claims in a proper forum.

    **IT IS SO ORDERED**.

Dated: August 2, 2013

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge